5-10Data Systems
3735 Senter Road
San Jose, CA 95111
TEL: (408) 401-7924

Attorneys for Plaintiff

ORIGINAL
FILED

07 MAY -1 PM 3:56  FILED

RICHARD W. WIEKING
CLERK  COURT  MAY - 4 2007
U.S. DISTRICT  
NO  
CLERK, U.S.  
NORTHERN DIST. C. OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 5-10DATA SYSTEMS )<br><br>Plaintiff, )<br><br>V )<br><br>THE CITY OF SAN JOSE, PLANNING )<br>DIVISIONS, REDEVELOPMENT AGENCY, )<br>AND LARRY WILSON, SANTA CLARA )<br>VALLEY WATER DISTRICT 4 et al. )<br><br>Defendants. ) | Case No. <u>CO7 01341 JF</u><br><br>NOTICE OF VOLUNTARY<br>DISMISSAL |

Due to procedural errors, I would like to withdraw my case from the court. The civil cover

sheet III. RELATED CASE(S) has been left blank were several case titles should be

presented in its place, and filed documents have not been correctly formatted.

1   ,

2   **WHEREFORE,** 5-10Data Systems respectfully requests Voluntary Dismissal of the case

3   against the Defendants.

4

5

6

7

8   Signed:  May 1, 2007

9   5-10Data Systems

10

11   Signed:

12   Honorable Judge Jeremy Fogel

13

14

15

16

17

18

19

20

21

22

23

24

25

Notice of Voluntary Dismissal Dated May 1, 2007.  5-10Data Systems v. The City of San Jose, Planning Divisions,
Redevelopment Agency, and Santa Clara Valley Water District, et al.  Case No: C 07-01341.